

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2018

No. 04-18-00412-CR

Ramiro **TREVINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 07-11-0317-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The State's Unopposed Motion to Withdraw Original Brief and File Amended Brief is hereby GRANTED. The State's Amended Brief is deemed filed.

It is so ORDERED on October 29, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court